UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JALALUDDIN ACHAKZAI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A BERRYHILL,<br><br>　　　　Defendant. | Case No. 18-cv-07005-JCS<br><br>**ORDER TO SHOW CAUSE WHY REPLY BRIEF SHOULD NOT BE STRICKEN**<br><br>Re: Dkt. No. 17 |

This action for review of an adverse decision by the Social Security Administration is governed by Civil Local Rule 16-5. Under that rule, a plaintiff's reply brief is due fourteen days after service of the defendant's cross-motion for summary judgment. The cross-motion in this case was filed and electronically served on May 9, 2019. Plaintiff Jalaluddin Achakzai's reply brief was therefore due May 23, 2019, but was not filed until May 31, 2019. The reply includes no explanation for the delay. Achakzai is therefore ORDERED TO SHOW CAUSE why the reply should not be stricken and disregarded, by filing a response to this order no later than June 10, 2019.

**IT IS SO ORDERED.**

Dated: June 3, 2019

JOSEPH C. SPERO
Chief Magistrate Judge